# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULIA AHMED BAABBAD, | CV F 02 6643 OWW WMW HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | [Doc. 37] |
| GEORGE GALAZA, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 6, 2005, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1  Based on the foregoing, it is HEREBY ORDERED that:

2  1.  The findings and recommendations issued by the Magistrate Judge on

3  September 6, 2005, are a adopted in full;

4  2.  The motion to DISMISS is denied; and

5  3.  This case shall proceed on Petitioner's first amended petition, to which Respondent filed an answer on October 21, 2005. IT IS SO ORDERED.

**Dated:   November 29, 2005**              /s/ Oliver W. Wanger
emm0d6                                      UNITED STATES DISTRICT JUDGE