UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDULLA AHMED BAABBAD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>GEORGE GALAZA, Warden,<br><br>　　　　Respondent. | 1:02-CV-6643-OWW-WMW-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br>(DOCUMENT #49) |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 3, 2006, petitioner filed a motion to extend time to file objections to the Magistrate's findings and recommendation of March 31, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendation of March 31, 2005.

IT IS SO ORDERED.

**Dated:    June 6, 2006**　　　　　　　　　　　/s/  **William M. Wunderlich**
bl0dc4　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE