UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



ABDULIA AHMED BAABBAD,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

vs.

CV-F-02-6643 OWW/WMW HC

GEORGE GALAZA, Warden,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____

_____

_____

_____

__X__    Denied for the following reason:
Correct Application of state law homicide laws in murder and attempted murder case. No Ineffective Assistance of Counsel re petitioners trial history and judgment. No issue raised, debatable among jurists of reason.

Dated: 9-25-06

OLIVER W. WANGER
United States District Judge